771 S.E.2d 635

DUKE ENERGY CAROLINAS, L.L.C., Petitioner,

v.

SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL, South Carolina Attorney General, American Rivers, and The South Carolina Coastal Conservation League, Defendants,

Of Whom South Carolina Department of Health and Environmental Control, American Rivers, and The South Carolina Coastal Conservation League are the Respondents.

Appellate Case No. 2013–001118.

Supreme Court of South Carolina.

April 10, 2015.

Lower Court Case No. 2009–ALC–07–0377–CC.

ORDER

The parties submitted a consent motion to dismiss this matter in which petitioner sought review of the Court of

Appeals' opinion in *Duke Energy Carolinas, LLC v. S.C. Dep't of Health & Env't Control,* 404 S.C. 119, 744 S.E.2d 194 (Ct.App.2012). We grant the consent motion to dismiss this matter. We hereby direct the Court of Appeals to depublish its opinion and assign the matter an unpublished opinion number. The above opinion shall no longer have any precedential effect.

/s/ Jean H. Toal, C.J.

/s/ Costa M. Pleicones, J.

/s/ Donald W. Beatty, J.

/s/ John W. Kittredge, J.

/s/ Kaye G. Hearn, J.
   FOR THE COURT